UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :
          -v.-                                            :          09 Cr. 581 (WHP)
                                                          :
PAUL DAUGERDAS                                            :
                                                          :
          Defendant.                                      :
------------------------------------------------------------------------x
                                                          :
ELEANOR DAUGERDAS,                                        :
                                                          :
          Third-Party Petitioner                         :
------------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS THE THIRD PARTY PETITIONS OF ELEANOR DAGUERDAS AND PAUL DAUGERDAS PURSUANT TO  FEDERAL RULE OF CRIMINAL PROCEDURE 32.2(c)(1)

PLEASE TAKE NOTICE that, upon the Government's Memorandum of Law in Support

of Motion to Dismiss, and upon all papers and prior proceeds herein, the United States of

America will move before the Honorable William H. Pauley, United States District Judge for the

Southern District of New York, at such time as the Court shall direct, for the dismissal of third

party petitions of Eleanor Daugerdas and Paul Daugerdas pursuant to Federal Rule of Criminal

Procedure Rule 32.2(c)(1)(A) for lack of standing, failure to state a claim, and such other relief

as the Court may determine to be just and proper.

Dated:  March 22, 2019
        New York, New York

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney
                              Southern District of New York

                    By:       _____/s/_____
                              Kiersten A. Fletcher
                              Assistant United States Attorney
                              (212) 637-2238